IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY CHANTE VAUGHN,

    Plaintiff,

v.

TAYLOR COUNTY JAIL, et al.

    Defendants.

ORDER

Case No. 23-cv-219-wmc

---

JEREMY CHANTE VAUGHN,

    Plaintiff,

v.

MARATHON COUNTY DIVISION OF
COMMUNITY SUPERVISION, et al.

    Defendants.

ORDER

Case No. 23-cv-243-wmc

---

Plaintiff Jeremy Chante Vaughn has filed two proposed civil complaints and requests leave to proceed without prepaying the filing fees. To evaluate plaintiff's request to proceed without prepayment of the filing fees, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For these cases to proceed, plaintiff must submit the certified trust fund account statement no later than May 12, 2023. If I find that plaintiff is indigent, I will calculate initial partial payment amounts that must be paid before the court can screen the merits of the complaints under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fees in installments.

ORDER

IT IS ORDERED that plaintiff Jeremy Chante Vaughn may have until May 12, 2023 to submit a trust fund account statement for the period beginning approximately October 20, 2022 and ending approximately April 20, 2023. If, by May 12, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw these actions voluntarily. In that event, the cases will be closed without prejudice to plaintiff filing the cases at a later date.

Entered this 20th day of April, 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge