IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY CHANTE VAUGHN,

    Plaintiff,

v.

TAYLOR COUNTY JAIL,
MENTALITY HEALTH GROUP
AND MARATHON COUNTY JAIL,

    Defendants.

ORDER

Case No. 23-cv-219-wmc

---

JEREMY CHANTE VAUGHN,

    Plaintiff,

v.

MARATHON COUNTY DIVISION OF
COMMUNITY SUPERVISION,
STACY MORIN, BRENT WIELER,
AND MATT SCHILLINGER,

    Defendants.

ORDER

Case No. 23-cv-243-wmc

---

Plaintiff Jeremy Chante Vaughn has submitted an inmate trust fund account statement for the six month period preceding the complaint in support of the pending motion to proceed without prepayment of the filing fee in each of the above cases. Accordingly, the court must determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the $350.00 fee for filing this case.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's inmate account statement, I calculate

plaintiff's initial partial filing fee to be $2.01 for each case. For these cases to proceed, plaintiff must submit a total amount of $4.02 ($2.01 x 2) on or before May 26, 2023.

## ORDER

IT IS ORDERED that,

1. Plaintiff Jeremy Chante Vaughn is assessed $2.01 as an initial partial payment of the $350.00 fee for filing each of the above cases. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $4.02 ($2.01 x 2), or advise the court in writing why plaintiff is not able to submit the assessed amount on or before May 26, 2023.

2. If, by May 26, 2023, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

3. No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 5th day of May, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge