IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY CHANTE VAUGHN,

    Plaintiff,

v.

TAYLOR COUNTY JAIL, ET AL.,

    Defendants.

ORDER

Case No. 23-cv-219-wmc

On June 8, 2023, this case was closed after the court did not receive payment of the $2.01 initial partial fee from plaintiff Jeremy Chante Vaughn. Now, plaintiff has filed a request to reopen this case and to be allowed to proceed without prepaying the $2.01 initial partial fee. Dkt. 6. Plaintiff mentions in his request that he was previously allowed to proceed without prepaying the $2.01 initial partial fee in case no. 23-cv-243-wmc. After reviewing the submission filed in 23-cv-243-wmc, it is clear that plaintiff also meant to file the submission in this case as well, but due to a clerical oversight, it was not docketed in this case until now.

Based on the documentation that plaintiff has provided to the court, it appears that plaintiff presently has no means to pay the filing fee or to make an initial partial payment. Under these circumstances, plaintiff is not required to make an initial partial payment. 28 U.S.C. § 1915(b)(4). However, plaintiff is obligated to pay the full $350.00 filing fee even if this court ultimately determines that plaintiff's complaint cannot go forward. 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is

frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

## ORDER

IT IS ORDERED that,

1. Plaintiff Jeremy Chante Vaughn's request for this case to be reopened, dkt. 6, is GRANTED.

2. Plaintiff may proceed without paying an initial partial payment of the filing fee; although, plaintiff remains responsible for paying the $350.00 filing fee.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 29th day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge